Yvonne RUSSELL, Respondent,

v.

WAL–MART ASSOCIATES, INC., Appellant.

No. ED 81713.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 11, 2003.

Application for Transfer to Supreme Court Denied April 24, 2003.

Application for Transfer Denied
May 27, 2003.

John C. Healy, Clayton, MO, for appellant.

Maurice D. Early, St. Louis, MO, for respondent.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

1. Respondent's motion to strike appellant's brief and dismiss appeal, taken with the case,

*ORDER*

PER CURIAM.

Yvonne Russell appeals the Labor and Industrial Relations Commission's award denying her compensation.

We have reviewed the briefs of the parties and the record on appeal and find that the Commission's conclusions are supported by substantial and competent evidence. An extended opinion would have no precedential value. We affirm the judgment under Rule 84.16(b).